## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE:

| | |
|---|---|
| **Dustin A. Perkins** | Case No. 18-48630-mlo |
| **Nicole A. Perkins** | Honorable Maria L. Oxholm |
| | Chapter 13 |
| _____Debtors._____ _____/ | |

### DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 32 FILED BY THE MICHIGAN DEPT OF TREASURY

**NOW COMES** the debtor(s) by and through counsel, Marrs & Terry, PLLC, and states as follows:

1. Debtor filed a Chapter 13 case on June 15, 2018.

2. Creditor filed a proof of claim No. 32 on October 31, 2018.

3. The proof of claim asserts that the Debtors' owe Michigan sales tax, Michigan withholding tax and Michigan use tax for 2017. The proof of claim also indicates that no return has been filed.

4. The Debtors indicate that they do not owe the indicated taxes. Mr. Perkins and a friend obtained an EIN number for a new business, but the friend pulled out of the business before any sales were made. Mr. Perkins did not pursue the business on his own.

5. Debtors have filed their 2017 personal returns

6. Debtors' Counsel contacted the Michigan Dept of Treasury to request that the claim be amended. To date the claim has not been amended.

**WHEREFORE,** the Debtor requests that this Honorable Court disallow Proof of Claim No. 32 in its entirety and deem that the 2017 tax return has been filed.

Dated: December 19, 2018

/s/ Michelle Marrs
Michelle Marrs (P59651)
Marrs & Terry, PLLC
6553 Jackson Rd.
Ann Arbor, Michigan 48103
(734) 663-0555
MMarrs@marrsterry.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE:

**Dustin A. Perkins**  Case No. 18-48630-mlo
**Nicole A. Perkins**  Honorable Maria L. Oxholm
 Chapter 13

_____Debtors._____/

## ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 32 FILED BY THE MICHIGAN DEPT OF TREASURY

This matter having come before the Court by way of objection of the Chapter 13 Debtor(s) to the allowance of above-referenced claim and service having been made with a notice of hearing allowing a thirty (30) day notice period pursuant to F.R.Bankr.P. 3007, the requisite time having passed without a response having been timely served and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that Proof of Claim No. 32 is disallowed in its entirety.

**IT IS FURTHER ORDERED** that the 2013 tax return is deemed filed.

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**IN RE:**

**Dustin A. Perkins**  Case No. 18-48630-mlo
**Nicole A. Perkins**  Honorable Maria L. Oxholm
  Chapter 13

_____Debtors._____/

## NOTICE TO OBJECTION TO CLAIM

The Chapter 13 debtor(s) has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or denied. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before, January 21, 2019, you or your lawyer must:
1. File with the court a written response to the objection, explaining your position, at:
    U.S. Bankruptcy Court
    211 W. Fort Street, Suite 2100
    Detroit, Michigan 48226
 If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.
You must also mail a copy to:

| | |
|---|---|
| Marrs & Terry, PLLC | Chapter 13 Trustee |
| 6553 Jackson Rd. | Tammy L. Terry |
| Ann Arbor, Michigan 48103 | 535 Griswold |
| | Suite 2100. |
| | Detroit, Michigan 48226 |

   2. Attend the hearing on the objection, scheduled to be held on January 28, 2019 at 9:00 a.m. in Courtroom 1875, United States Bankruptcy Court, 211 West Fort Street Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)
    **If you, or your attorney, do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event, the hearing will be cancelled, and the objection sustained.**

Dated: December 19, 2018  /s/ Michelle Marrs
  Michelle Marrs  (P59651)
  Marrs & Terry, PLLC
  6553 Jackson Rd.
  Ann Arbor, Michigan 48103
  (734) 663-0555
  MMarrs@marrsterry.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

**Dustin A. Perkins**                                  Case No. 18-48630-mlo
**Nicole A. Perkins**                                  Honorable Maria L. Oxholm
                                                       Chapter 13

_____Debtors._____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 32 FILED BY THE MICHIGAN DEPT OF TREASURY** and **NOTICE OF OBJECTION TO CLAIM** with the Clerk of the Court using the ECF system which will send notification of such filing to registered ECF participants and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

Michigan Dept of Treasury
Bankruptcy Unit
PO Box 30168
Lansing MI  48909

Dated: December 19, 2018

/s/ Jennifer Keener
Jennifer Keener
Marrs & Terry PLLC
6553 Jackson Rd
Ann Arbor, Michigan 48103
(734) 663-0555
jkeener@marrsterry.com