**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

| | |
|---|---|
| **Dustin A. Perkins** | Case No. 18-48630-mlo |
| **Nicole A. Perkins** | Honorable Maria L. Oxholm |
| | Chapter 13 |

_____Debtors._____/

**STIPULATION TO WITHDRAW DEBTORS'**
**OBJECTION TO CLAIM NO. 32**

      Debtors' counsel and the Trustee hereby stipulate to the entry of the Order to Withdraw attached hereto.

Stipulated and approved for entry:        Stipulated and approved for entry:

/s/ Moe Freedman        /s/ Michelle Marrs
**Moe Freedman**        **Michelle Marrs, Esq.**
**Assistant Attorney General**        **MARRS & TERRY, PLLC**
3030 W Grand Blvd, Suite 10-200        6553 Jackson Road
Detroit, Michigan 48202        Ann Arbor MI 48103
313-456-0044        734-663-0555
       MMarrs@marrsterry.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

**Dustin A. Perkins**  Case No. 18-48630-mlo
**Nicole A. Perkins**  Honorable Maria L. Oxholm
  Chapter 13

_____Debtors._____/

# ORDER TO WITHDRAW DEBTORS' OBJECTION TO CLAIM NO. 32

Debtors' Counsel and Counsel for the State of Michigan, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the objection to Claim No. 32 is withdrawn.
.